

# Fourth Court of Appeals
## San Antonio, Texas

November 28, 2017

No. 04-17-00307-CR

Jerry **RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 17-01-0032-CRA
Honorable Stella Saxon, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.  The appellant's brief is due November 30, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court